UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CAUSE NO.: 2:11-CR-12-JTM-JEM |
| | ) |
| DARYL VICTOR JOHNSON, | ) |
| Defendant. | ) |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On February 19, 2019, the United States Government appeared by counsel Assistant United States Attorney Nicholas J. Padilla. Defendant Daryl Victor Johnson appeared in person and by counsel Arlington Foley and in the custody of the United States Marshal. United States Probation Officer Laura Marquez appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On June 6, 2012, Defendant Johnson pled guilty to the Count I charge in the Indictment (felon in possession of a firearm). On October 25, 2013, Judge James T. Moody originally sentenced Defendant Johnson to, among other things, a term of imprisonment followed by 3 years of supervised release subject to specified written terms and conditions.

On September 22, 2017, the Government filed a Petition alleging that the Defendant violated the terms and conditions of his supervised release [DE 68], and an arrest warrant was issued. On July 23, 2018, Defendant Johnson was arrested and an Initial Appearance was held on July 24, 2018.

On February 15, 2019, Defendant Johnson, by counsel, filed a Motion to Transfer to Magistrate Judge, which was granted, and on February 15, 2019, Judge James Moody issued an

Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the February 19, 2019, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Johnson has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Johnson understands the proceedings, allegations and his rights;

3. Defendant Johnson knowingly and voluntarily admitted that he was convicted on January 22, 2018, of resisting law enforcement, a Level 6 Felony, in the Superior Court of Tippecanoe County, Indiana, as set forth in the September 22, 2017 Petition [DE 68];

4. This violation is a Grade B violation, Defendant's criminal history category is VI, and the advisory guideline range is 21 to 27 months imprisonment.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Johnson be adjudged to have committed a violation of his supervised release described in the September 22, 2017 Petition [DE 68];

2. The supervised release of Defendant Johnson be revoked;

3. Defendant Johnson be ordered committed to the United States Bureau of Prisons forthwith to serve fourteen months of additional imprisonment therein; and

  4. After successful completion of the additional term of imprisonment Defendant Johnson not continue on supervised release.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 19th day of February, 2019.

                s/ John E. Martin
                MAGISTRATE JUDGE JOHN E. MARTIN
                UNITED STATES DISTRICT COURT

cc: All counsel of record
   District Judge James Moody