UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11 CR 12 |
| | ) | |
| DARYL VICTOR JOHNSON | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated February 19, 2019 (DE # 89), to which the parties have waived any objections (*id*. at 3), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant Daryl Victor Johnson is **ADJUDGED** to have committed the violation of his supervised release as described in the September 22, 2017, Petition (DE # 68). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve 14 months of additional imprisonment. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: February 25, 2019

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT